UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DAMIAN MARTIN ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED | | N<br>COURT DATE & TIME: AT<br>INDEX #: 1:23-CV-08114-FB-RER<br>DATE FILED: 11/01/2023 |
| vs | *Plaintiff* | Job #: 583007<br>Client File# |
| SHOEWELL INC | | STEIN SAKS, PLLC<br>ONE UNIVERSITY PLAZA<br>SUITE 620 |
| | *Defendant* | HACKENSACK, NJ 07601 |

CLIENT'S FILE NO.:                    **AFFIDAVIT OF SERVICE UPON A CORPORATION**

STATE OF NEW YORK: COUNTY OF NASSAU ss:

I, ERIC RIVERA, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on 11/9/2023 at 10:52 AM at 133 ORCHARD STREET, NEW YORK, NY 10002, deponent served the within SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

by personally delivering to and leaving with SURY "DOE" for SHOEWELL INC C/O YURY TSATSKIN, a true copy thereof, and that deponent knew the person so served to be the AUTHORIZED PARTY /Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 36 - 50 Yrs., **Approx Weight**: 131-160 Lbs., **Approx Height**: 5' 4" - 5' 8", **Sex**: Female, **Approx Skin**: Brown, **Approx Hair**: Black

REFUSED TO GIVE LAST NAME.

Sworn to before me on 11/15/23
EUGENE SOKOLOV #01SO0000204
Notary Public State of New York
RICHMOND County, Commission Expires 02/02/2027



ERIC RIVERA
1212873

*Supreme Judicial Services, Inc. 371 Merrick Road - Rockville Centre, N.Y. 11570 Lic# 1092373*